| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                            04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | **Eatertainment Milwaukee, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA Punch Bowl Milwaukee, LLC** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1422521** | |
| 4. | **Debtor's address** | **Principal place of business** **1122 Vel R. Phillips Ave.** **Milwaukee, WI 53203** Number, Street, City, State & ZIP Code **Milwaukee** County | **Mailing address, if different from principal place of business** **9 SE Third Ave., Suite 100** **Portland, OR 97221-4000** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **Eatertainment Milwaukee, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 7. Describe debtor's business

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

| Debtor | **Eatertainment Milwaukee, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Case 21-25733-kmp    Doc 1    Filed 10/29/21    Page 3 of 11

Debtor **Eatertainment Milwaukee, LLC** _____ Case number (_if known_) _____
     Name

     ☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
     ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
     ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Eatertainment Milwaukee, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 29, 2021**
              MM / DD / YYYY

X **/s/ Paul Brenneke**                                **Paul Brenneke**
Signature of authorized representative of debtor        Printed name

Title  **Authorized Signatory**

**18. Signature of attorney**

X **/s/ Paul G. Swanson**                              Date **October 29, 2021**
Signature of attorney for debtor                             MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**STEINHILBER SWANSON LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone  **920-235-6690**     Email address  **pswanson@steinhilberswanson.com**

**1007861 WI**
Bar number and State

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Eatertainment Milwaukee LLC,

Debtor.

Case No. 21-_____-___

Chapter 11

## DECLARATION OF PAUL BRENNEKE

I, Paul Brenneke, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am the authorized representative of Eatertainment Milwaukee, LLC (the "Debtor") and Eatertainment 2.0, LLC, the Debtor's sole member. I am also the manager of Sortis Hospitality, LLC, the Debtor's manager. I have been primarily responsible for the Debtor's business operations since March 2021, when Entertainment 2.0, LLC was assigned the equity interest in the Debtor in *In re PBS Brand Co, LLC*, a chapter 11 bankruptcy proceeding in the Bankruptcy Court for the District of Delaware.

2. Neither I nor the Debtor have access to the Debtor's most recent balance sheet, statement of operations, cash-flow statement, or federal income tax return.

3. On October 29, 2021, the Debtor filed an adversary proceeding against CrowdOut Capital, LLC, who purchased substantially all of the Debtor's parent company's assets, including books and records of all subsidiaries.

4. Once the Debtor has possession of its books and records, the Debtor will file its most recent balance sheet, statement of operations, cash-flow statement, or federal income tax return, as required by 11 U.S.C. §§ 1116(1)(A) and 1187(a).

## Certification

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the contents of the foregoing declaration are true and correct to the best of my information and belief.

Executed: October 29, 2021.     By: _____
                                     Paul Brenneke

Fill in this information to identify the case:

Debtor name: **Eatertainment Milwaukee, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **City of Milwaukee Office of the Treasurer** City Hall 200 E. Wells Street, Room 103 Milwaukee, WI 53202 | | personal property taxes | | | | $21,362.06 |
| **Midland Funding LLC** 2365 Northside Sr. Suite 300 San Diego, CA 92108 | | judgment entered against Punch Bowl Milwaukee, LLC on on 3/19/20 and docketed on 4/1/20 in Milwaukee County Case #2018SC02879 | | | | $762.68 |
| **MKE BLK4L2, LLC** c/o Milwaukee Bucks, LLC Attn: Senior VP 1543 North 2nd Street, 6th Floor Milwaukee, WI 53212 | | landlord at 1122 Vel R. Phillips Ave. Milwaukee, WI 53203; subject to potential subordination and offset | Contingent Unliquidated Disputed | | | $1,000,000.00 |
| **Sortis Holdings, Inc., PBS Lender, LLC PBS Dip Lender, LLC** 9 SE 3rd Ave., Suite 100 Portland, OR 97214 | | claim amount will be updated upon receipt of a current payoff from the lender | Unliquidated | $1,354,873.12 | $0.00 | $1,354,873.12 |

Attorney John M. Van Lieshout
Reinhart Boerner Van Deuren SC
1000 N. Water St., Ste. 1700
Milwaukee, WI 53201-2965

City of Milwaukee
Office of the Treasurer
City Hall
200 E. Wells Street, Room 103
Milwaukee, WI 53202

Crowdout Capital, LLC
Attn: Alexander Schoenbaum
3001 South Lamar Blvd.; Suite A-300
Austin, TX 78704

Faegre Drinker Biddle & Reath LLP
222 Delware Ave., Suite 1410
Wilmington, DE 19801

GUC Trust
Amanda Denby Swift
Province, LLC
16255 Ventura Blvd.; Ste 440
Encino, CA 91436

Hanson Reynolds
Atty. Brent D. Nisler
301 N, Broadway, Suite 400
Milwaukee, WI 53202

Kohn Law Firm, S.C.
c/o Atty. Joseph R. Johnson
735 N. Water Street, Ste 1300
Milwaukee, WI 53202-4100

Kohn Law Firm, S.C.
Atty. Jennifer Anderson
735 N. Water Street, Ste 1300
Milwaukee, WI 53202-4100

Michael Gottlieb
520 2nd Street, Suite B
Lake Oswego, OR 97034

Midland Funding LLC
2365 Northside Sr. Suite 300
San Diego, CA 92108

MKE BLK4L2, LLC
c/o Milwaukee Bucks, LLC
Attn: Senior VP
1543 North 2nd Street, 6th Floor
Milwaukee, WI 53212

New Punch Bowl Milwaukee, LLC
3001 S. Lamar Blvd. Suite 300
Austin, TX 78704

New Punch Bowl Milwaukee, LLC
1122 Vel R. Phillips Ave.
Milwaukee, WI 53203

O'Melveny
Attn: Gregory M. Wilkes
2501 N. Harwood St., Suite 1700
Dallas, TX 75201

O'Melveny
Attn: Nick J. Hendrix
2501 N. Harwood St., Suite 1700
Dallas, TX 75201

Porzio Bromberg & Newman, P.C.
Attn: Warren J Martin & Rachel A. Parisi
100 Southgate Parkway
Morristown, NJ 07960

Sortis Holdings, Inc., PBS Lender, LLC
PBS Dip Lender, LLC
9 SE 3rd Ave., Suite 100
Portland, OR 97214

| | | |
|---|---|---|
| In re | **Eatertainment Milwaukee, LLC** | Case No. |
| | Debtor(s) | Chapter **11** |

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Eatertainment Milwaukee, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eatertainment 2.0. LLC**
**9 SE 3rd Avenue, Suite 100**
**Portland, OR 97214**

☐ None [*Check if applicable*]

| | |
|---|---|
| **October 29, 2021** | **/s/ Paul G. Swanson** |
| Date | **Paul G. Swanson 1007861** |
| | Signature of Attorney or Litigant |
| | Counsel for **Eatertainment Milwaukee, LLC** |
| | **STEINHILBER SWANSON LLP** |
| | **107 Church Avenue** |
| | **Oshkosh, WI 54901** |
| | **920-235-6690 Fax:920-426-5530** |
| | **pswanson@steinhilberswanson.com** |